**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

| | | |
|---|---|---|
| AMANDA LYNN VALLE and ZACHARIAH JACOB VALLE,<br>Plaintiffs,<br>v.<br>EQUIFAX INFORMATION SERVICES, LLC,<br>Defendant. | ) | Case No. 2:26-cv-02144-DCF |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S PARTIAL MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 12(b)(6) and Local Rule 7.2, respectfully moves the Court to dismiss in part the First Amended Complaint ("FAC") filed by *pro se* Plaintiffs Amanda Lynn Valle and Zachariah Jacob Valle ("Plaintiffs"). Equifax contemporaneously files its Brief in Support of its Partial Motion to Dismiss.

WHEREFORE, Equifax respectfully requests that the Court grant this Partial Motion to Dismiss and dismiss with prejudice (1) all claims asserted by Plaintiff Zachariah Valle; (2) Plaintiff Amanda Valle's claim under 15 U.S.C. § 1681e(b); (3) Amanda Valle's claim under 15 U.S.C. § 1681i to the extent premised on the Ally Financial tradeline; and (4) all claims for willful noncompliance under 15 U.S.C. § 1681n; and grant Equifax all other relief to which it may be entitled.

Dated: November 12, 2026

Respectfully submitted,

*/s/ Ralph D. Scott III*

Ralph D. Scott III (#2015127)
Lax, Vaughan, Fortson, Rowe & Threet, P.A.
11300 Cantrell Road, Suite 201
Little Rock, AR 72212
(501) 376-6565 Main
(501) 376-6666 Facsimile
tscott@laxvaughan.com

*Attorneys for Equifax Information Services LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and served a true and correct copy by United States Mail, first-class postage prepaid, and by email, upon the following pro se Plaintiffs:

Amanda Lynn Valle
P.O. Box 1112
Newport, Washington 99156
av2712911@gmail.com

Zachariah Jacob Valle
P.O. Box 1112
Newport, Washington 99156
trusteeoffice0@gmail.com

*/s/ Ralph D. Scott III*
Ralph D. Scott III